LAWRENCE G. BROWN
Acting United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771

**FILED**

MAY 27 2009


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-MJ-0171-GGH |
| Plaintiff, | |
| v. | **UNDER SEAL** |
| MUZDHA KHALIL and AMANULLAH KHALIL, | |
| Defendants. | |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Criminal Complaint in the above-captioned matter, along with the associated Affidavit of Special Agent Christopher S. Fitzpatrick be and are hereby ordered SEALED until further order of this Court.

DATED: May 27, 2009

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE