```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SEAN C. FLYNN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

FILED

MAY 2·8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:09-mj-0171 GGH |
| v. | APPLICATION AND ORDER FOR UNSEALING COMPLAINT |
| MUZDHA KHALIL, and AMANULLAH KHALIL, | |
| Defendants. | |

On May 27, 2009, the complaint was filed in the above-referenced case. Since the defendants have now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint be unsealed.

DATED: May 28, 2009

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Sean C. Flynn
    SEAN C. FLYNN
    Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: May 28, 2009

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge

1