WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant Amanullah Khalil

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMANULLAH KHALIL and ) <br> MUZDHA KHALIL, ) <br> ) <br> Defendants. ) | CASE NO.   2:09-CR-00258 GEB <br><br> **STIPULATION AND ORDER** <br> **RE: CONTINUANCE OF STATUS CONFERENCE** <br><br> Date:   February 12, 2010 <br> Time:   8:30 a.m. |

     With the Court's permission, defendants AMANULLAH KHALIL and MUZDHA KHALIL, and plaintiff the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue the Status Conference, presently scheduled for February 12, 2010 to February 26, 2010 at 8:30 a.m.  The purpose of this requested continuance is to accommodate the schedule of one of the parties.

//

//

//

//

IT IS SO STIPULATED.

DATED: February 9, 2010         /s/ Sean Flynn by WJP
                                SEAN FLYNN
                                Assistant United States Attorney

DATED: February 9, 2010         /s/ William J. Portanova
                                WILLIAM J. PORTANOVA
                                Attorney for Defendant Amanullah Khalil

DATED: February 9, 2010         /s/ Caro Marks
                                CARO MARKS
                                Attorney for Defendant Muzdha Khalil

**IT IS SO ORDERED.**

**Dated: February 16, 2010**

_____
**GARLAND E. BURRELL, JR.
United States District Judge**

- 2 -