WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant Amanullah Khalil

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMANULLAH KHALIL and )<br>MUZDHA KHALIL, )<br>)<br>Defendants. )<br>_____ ) | CASE NO.   2:09-CR-00258 GEB<br><br>**STIPULATION AND ORDER<br>RE: CONTINUANCE OF<br>STATUS CONFERENCE**<br><br>Date:  February 26, 2010<br>Time:  8:30 a.m. |

   With the Court's permission, defendants AMANULLAH KHALIL and MUZDHA KHALIL, and plaintiff the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue the Status Conference, presently scheduled for February 26, 2010 to March 19, 2010 at 8:30 a.m.  The purpose of this requested continuance is to provide the parties with additional time to meet and confer on potential settlement of the case.

//

//

//

//

1 | IT IS SO STIPULATED.

3 | DATED:     February 25, 2010         /s/ Sean Flynn by WJP
                                         SEAN FLYNN
4 |                                      Assistant United States Attorney

6 | DATED:     February 25, 2010         /s/ William J. Portanova
                                         WILLIAM J. PORTANOVA
7 |                                      Attorney for Defendant Amanullah Khalil

8 | DATED:     February 25, 2010         /s/ Caro Marks
                                         CARO MARKS
9 |                                      Attorney for Defendant Muzdha Khalil

12 | **IT IS SO ORDERED.**

13 | **Dated:  February 25, 2010**

_____
**GARLAND E. BURRELL, JR.
United States District Judge**