WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant Amanullah Khalil

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.   2:09-CR-00258 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND (PROPOSED) ORDER RE: CONTINUANCE OF STATUS CONFERENCE** |
| v. | ) | |
| AMANULLAH KHALIL and MUZDHA KHALIL, | ) | |
| | ) | Date:  March 19, 2010 |
| Defendants. | ) | Time:  9:00 a.m. |

With the Court's permission, defendants AMANULLAH KHALIL and MUZDHA KHALIL, and plaintiff the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue the Status Conference, presently scheduled for March 19, 2010 to April 9, 2010 at 9:00 a.m.  The purpose of this requested continuance is to allow the parties an opportunity to meet and confer on potential settlement of the pending matter.

//

//

//

//

IT IS SO STIPULATED.

DATED:     March 18, 2010          /s/ Sean Flynn by WJP
                                   SEAN FLYNN
                                   Assistant United States Attorney


DATED:     March 18, 2010          /s/ William J. Portanova
                                   WILLIAM J. PORTANOVA
                                   Attorney for Defendant Amanullah Khalil


DATED:     March 18, 2010          /s/ Caro Marks
                                   CARO MARKS
                                   Attorney for Defendant Muzdha Khalil


**IT IS SO ORDERED.**

Dated:  March 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge