1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4  portanova@thelawoffices.com

5  Attorney for Defendant Amanullah Khalil

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA       )   CASE NO.   2:09-CR-00258 GEB
   |                                )
13 |       Plaintiff,                )
   |                                )   **STIPULATION AND**
14 |    v.                           )   **ORDER RE: CONTINUANCE**
   |                                )   **OF STATUS CONFERENCE**
15 | AMANULLAH KHALIL and            )
   | MUZDHA KHALIL,                  )   Date:  April 9, 2010
16 |                                )   Time:  8:30 a.m.
   |                                )
17 |       Defendants.                )
   |_____

19
        With the Court's permission, defendants AMANULLAH KHALIL and MUZDHA
20
   KHALIL, and plaintiff the UNITED STATES OF AMERICA, by and through their undersigned
21
   counsel, do hereby stipulate and agree to continue the Status Conference, presently scheduled for
22
   April 9, 2010 to April 30, 2010 at 8:30 a.m.  The purpose of this requested continuance is to
23
   allow the parties to continue to discuss potential settlement. .
24
   //
25
   //
26
   //
27
   //
28

1  IT IS SO STIPULATED.

2

3  DATED:       April 9, 2010              /s/ Sean Flynn by WJP
                                           SEAN FLYNN
4                                          Assistant United States Attorney

5

6  DATED:       April 9, 2010              /s/ William J. Portanova
                                           WILLIAM J. PORTANOVA
7                                          Attorney for Defendant Amanullah Khalil

8
   DATED:       April 9, 2010              /s/ Caro Marks
9                                          CARO MARKS
                                           Attorney for Defendant Muzdha Khalil
10

11

12 **IT IS SO ORDERED.**

13 **Dated:  April 9, 2010**

14

15                                         _____
                                           **GARLAND E. BURRELL, JR.**
16                                         **United States District Judge**

- 2 -