DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MUZDHA KHALIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S. 09-0258-GEB |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE MOTION TO STAY ENFORCEMENT OF |
| v. | ) | RELEASE CONDITION AND TO CONTINUE HEARING ON DEFENDANT'S MOTION TO |
| MUZDHA KHALIL, | ) | AMEND RELEASE ORDER |
| Defendant. | ) | Date: June 11, 2010<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, MUZDHA KHALIL, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender that the motion hearing set for April 9, 2010, be continued to June 11, 2010 at 9:00 a.m. The reason for the continuance is that the Ninth Circuit's ruling on the DNA testing condition addressed by this motion is still pending. Accordingly, this matter should be continued until after the Ninth Circuit rules.

The pendency of this motion excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F) (Local Code E).

DATED: April 8, 2010          Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Research and Writing Specialist
                                    Attorney for Defendant
                                    MUZDHA KHALIL

DATED: April 8, 2010          BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ RACHELLE BARBOUR for
                                    SEAN FLYNN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## O R D E R

IT IS SO ORDERED.

Dated: April 9, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge