```
 1  WILLIAM J. PORTANOVA, State Bar No. 106193
    Attorney at Law
 2  400 Capitol Mall, Suite 1100
    Sacramento, CA 95814
 3  (916) 444-7900
    (916) 444-7998 fax
 4  portanova@thelawoffices.com

 5  Attorney for Defendant Amanullah Khalil
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   2:09-CR-00258 GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **(PROPOSED) ORDER** |
| ) | **RE: CONTINUANCE OF** |
| AMANULLAH KHALIL and ) | **STATUS CONFERENCE** |
| MUZDHA KHALIL, ) | |
| ) | Date: April 9, 2010 |
| ) | Time: 8:30 a.m. |
| Defendants. ) | |

With the Court's permission, defendants AMANULLAH KHALIL and MUZDHA KHALIL, and plaintiff the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue the Status Conference, presently scheduled for April 9, 2010 to April 30, 2010 at 8:30 a.m.  The purpose of this requested continuance is to allow the parties to continue to discuss potential settlement. .

//

//

//

//

1  IT IS SO STIPULATED.

2

3  DATED:      April 9, 2010                /s/ Sean Flynn by WJP
                                            SEAN FLYNN
4                                           Assistant United States Attorney

5

6  DATED:      April 9, 2010                /s/ William J. Portanova
                                            WILLIAM J. PORTANOVA
7                                           Attorney for Defendant Amanullah Khalil

8
   DATED:      April 9, 2010                /s/ Caro Marks
9                                           CARO MARKS
                                            Attorney for Defendant Muzdha Khalil
10

11

12  **IT IS SO ORDERED.**

13  **Dated:  April 9, 2010**

14

15                                          _____
                                            **GARLAND E. BURRELL, JR.**
16                                          **United States District Judge**

17

18

19

20

21

22

23

24

25

26

27

28