WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant Amanullah Khalil

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMANULLAH KHALIL and )<br>MUZDHA KHALIL, )<br>)<br>Defendants. ) | CASE NO.   2:09-CR-00258 GEB<br><br>**STIPULATION AND (PROPOSED) ORDER RE: CONTINUANCE OF STATUS CONFERENCE**<br><br>Date:   April 30 2010<br>Time:  9:00 a.m. |

   With the Court's permission, defendants AMANULLAH KHALIL and MUZDHA KHALIL, and plaintiff the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue the Status Conference, presently scheduled for April 9, 2010 to May 28, 2010 at 9:00 a.m.  The purpose of this requested continuance is to allow the parties to continue to discuss potential settlement

//

//

//

//

1  IT IS SO STIPULATED.

2

3  DATED:      April 29, 2010              /s/ Sean Flynn by WJP
                                           SEAN FLYNN
4                                          Assistant United States Attorney

5

6  DATED:      April 29, 2010              /s/ William J. Portanova
                                           WILLIAM J. PORTANOVA
7                                          Attorney for Defendant Amanullah Khalil

8
   DATED:      April 29, 2010              /s/ Caro Marks by WJP
9                                          CARO MARKS
                                           Attorney for Defendant Muzdha Khalil
10

11

12 **IT IS SO ORDERED.**

13 **Dated: May 6, 2010**

14

15                                         _____
                                           **GARLAND E. BURRELL, JR.**
16                                         **United States District Judge**

17

18

19

20

21

22

23

24

25

26

27

28