WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant Amanullah Khalil

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANULLAH KHALIL and MUZDHA KHALIL,<br><br>Defendants. | CASE NO.   2:09-CR-00258 GEB<br><br>**STIPULATION AND (PROPOSED) ORDER RE: CONTINUANCE OF STATUS CONFERENCE**<br><br>Date:   May 28, 2010<br>Time:   8:30 a.m. |

    With the Court's permission, defendants AMANULLAH KHALIL and MUZDHA KHALIL, and plaintiff the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue the Status Conference, presently scheduled for May 28, 2010 to July 16, 2010 at 8:30 a.m.  The purpose of this requested continuance is to provide the parties with additional time to meet and confer on potential settlement of the case.  Time will continue to be excluded for reasons previously stated.

//

//

//

1  IT IS SO STIPULATED.

3  DATED:      May 26, 2010            /s/ Sean Flynn by WJP
                                       SEAN FLYNN
4                                      Assistant United States Attorney

6  DATED:      May 26, 2010            /s/ William J. Portanova
                                       WILLIAM J. PORTANOVA
7                                      Attorney for Defendant Amanullah Khalil

8  DATED:      May 26, 2010            /s/ Caro Marks
                                       CARO MARKS
9                                      Attorney for Defendant Muzdha Khalil

12 **IT IS SO ORDERED.**

14 Dated:  May 27, 2010

16                                     GARLAND E. BURRELL, JR.
                                       United States District Judge