DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MUZDHA KHALIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 09-0258-GEB |
| ) | |
| Plaintiff, ) | STIPULATION TO SUBMIT MOTION AND |
| ) | DROP HEARING FROM CALENDAR |
| v. ) | |
| ) | Date:  June 11, 2010 |
| MUZDHA KHALIL, ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, MUZDHA KHALIL, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender that the motion set for hearing on June 11, 2010 at 9:00 a.m. be submitted on the papers and that the hearing be dropped from the calendar.  The Ninth Circuit's ruling on the DNA testing condition addressed by this motion is still pending.  The parties agree to file a memorandum updating the Court on the status of the litigation

and placing the motion on calendar for hearing after the Ninth Circuit rules on the controlling DNA issue.

The pendency of this motion excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F) (Local Code E).

DATED: June 9, 2010					Respectfully submitted,

							DANIEL J. BRODERICK
							Federal Defender

							/s/ RACHELLE BARBOUR
							RACHELLE BARBOUR
							Research and Writing Specialist
							Attorney for Defendant
							MUZDHA KHALIL

DATED: June 9, 2010					BENJAMIN B. WAGNER
							United States Attorney

							/s/ RACHELLE BARBOUR for
							SEAN FLYNN
							Assistant U.S. Attorney
							Attorney for Plaintiff

							O R D E R


	IT IS SO ORDERED, except time is just excluded until July 16, 2010.

Dated:  June 9, 2010

							_____
							GARLAND E. BURRELL, JR.
							United States District Judge