```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,         )
                                  )     2:09-cr-00258-GEB
               Plaintiff,         )
                                  )
          v.                      )     RELATED CASE ORDER
                                  )
MUZDHA KHALIL, AMANULLAH KHALIL,  )
HIDAYATULLAH ALI KHALIL, and      )
WAHIDULLAH KHALIL,                )
                                  )
               Defendants.        )
_____  )
UNITED STATES OF AMERICA,         )
                                  )     2:09-cr-00259-WBS
               Plaintiff,         )
                                  )
          v.                      )
                                  )
HIDAYATULLAH ALI KHALIL,          )
                                  )
               Defendant.         )
_____  )
```

The United States of America filed a Plaintiffs filed a "Related Case Memorandum" under Local Rule 123 on August 20, 2010, stating:

> [T]he above-captioned cases are related cases within the meaning of Local Rule [123]. The Superseding Indictment in CR.S. 09-258 GEB charges the defendants with mortgage fraud, money laundering, and structuring financial transactions. The Indictment in CR.S. 09-259 WBS charges the defendant with mortgage fraud, wire fraud, and money laundering. If either case were to proceed to trial, the government would see to introduce evidence of the other case as evidence of motive, intent, plan, preparation, and lack of mistake.

1

>       For the foregoing reasons, the United States
> believes that the cases are related and substantial
> judicial economy will be achieved by assignment to
> one district court judge.

(Doc. No. 65, 1:25-2:9.)

Examination of the above-entitled actions reveals they are related within the meaning of Local Rule 123. Therefore, action 2:09-cr-00259-WBS is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings, and any dates currently set in the reassigned case are VACATED.

IT IS FURTHER ORDERED that the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other judge's initials. The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: August 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge