1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CARO MARKS, Bar #159267
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    MUZDHA KHALIL
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,        )  NO. CR.S-09-258-GEB
11                                    )
                    Plaintiff,        )
12                                    )  **STIPULATION AND [PROPOSED] ORDER;**
         v.                           )  **CONTINUING TRIAL CONFIRMATION**
13                                    )  **HEARING**
    MUZDHA KHALIL,                    )
14  AMANULLAH KHALIL,                 )  Date:  July 13, 2012
    HIDAYATULLAH ALI KHALIL,          )  Time:  9:00 a.m.
15  WAHIDULLAH KHALIL,                )  Judge: Hon. Garland E. Burrell Jr.
                                      )
16                  Defendants.       )
    _____  )
17

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, STEVEN LAPHAM, Assistant United States

20  Attorney, CARO MARKS, attorney for MUZDHA KHALIL, CHRIS HAYDN-MYER,

21  attorney for AMANULLAH KHALIL, THOMAS A. JOHNSON, attorney for

22  HIDAYATULLAH ALI KHALIL and CANDACE FRY, attorney for WAHIDULLAH

23  KHALIL, that the trial confirmation hearing date of July 6, 2012 be

24  vacated, and the matter be set for trial confirmation hearing on July

25  13, 2012 at 9:00 a.m..

26       The reason for this continuance is two-fold. First, one of the

27  defense attorneys has planned travel that will take him out of the

28  jurisdiction on July 6, 2012. Since at the TCH the parties might

1   confirm for the scheduled July 31 jury trial, it is crucial that all

2   defense attorneys be present.

3       Second, (former) AUSA Dominique Thomas, who had been prosecuting

4   the case in the last year, is no longer associated with this United

5   States Attorney's office. AUSA Steven R. Lapham has just taken over

6   prosecution of the case, and all the parties seek a continuance to give

7   them time to discuss the case with Mr. Lapham; to revisit various case

8   inquiries, discovery matters, and settlement possibilities that the

9   parties have not yet had an opportunity to explore with him; to

10  entertain any new settlement offers the government or defense might

11  tender, and to discuss trial matters generally, so that if the case is

12  in fact headed for trial, at the TCH the parties will be able to

13  provide the court with information about scheduling and other details,

14  such as length of trial, exhibits, and other administrative matters.

15      Although the parties do not yet know whether the case will go to

16  trial or settle, none intends to move to continue the July 31 jury

17  trial date.

18      Based upon the foregoing, the parties agree that the time under

19  the Speedy Trial Act should be excluded from the date of signing of

20  this order through and including July 13, 2012 pursuant to 18 U.S.C.

21  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

22  T4 based upon continuity of counsel and defense preparation.

23
    DATED:  June 28, 2012.                    Respectfully submitted,
24
                                              DANIEL J. BRODERICK
25                                            Federal Public Defender

26
                                              /s/ Caro Marks
27                                            CARO MARKS
                                              Designated Counsel for Service
28                                            Attorney for MUZDHA KHALIL

1

2
                                        /s/ Caro Marks for
                                        CHRIS HAYDN-MYER
                                        Attorney for
3                                       AMANULLAH KHALIL

4                                       /s/ Caro Marks for
                                        THOMAS A. JOHNSON
5                                       Attorney for
                                        HIDAYATULLAH ALI KHALIL
6
                                        /s/ Caro Marks for
7                                       CANDACE FRY
                                        Attorney for
8                                       WAHIDULLAH KHALIL

9

10   DATED:   June 28, 2012.            BENJAMIN WAGNER
                                        United States Attorney
11

12
                                        /s/ Caro Marks for
13                                      STEVEN LAPHAM
                                        Assistant U.S. Attorney
14

15

16

17                            ORDER

18       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

19   ordered that the July 6, 2012, trial confirmation hearing be continued

20   to July 13, 2012, at 9:00 a.m.  Based on the representation of defense

21   counsel and good cause appearing there from, the Court hereby finds

22   that the failure to grant a continuance in this case would deny defense

23   counsel reasonable time necessary for effective preparation, taking

24   into account the exercise of due diligence.  The Court finds that the

25   ends of justice to be served by granting a continuance outweigh the

26   best interests of the public and the defendant in a speedy trial.  It

27   is ordered that time up to and including the July 13, 2012 trial

28   confirmation hearing shall be excluded from computation of time within

                                        3

1   which the trial of this matter must be commenced under the Speedy Trial

2   Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code

3   T-4, to allow counsel reasonable time to prepare.

4   Dated:   June 28, 2012

5

6   _____
    GARLAND E. BURRELL, JR.

7   United States District Judge

4