DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MUZDHA KHALIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MUZDHA KHALIL, et al.,<br><br>　　　　　Defendants.<br>_____ | NO. CR.S-09-258-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE FOR MUZDHA KHALIL**<br><br>Date:　November 16, 2012<br>Time:　9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney STEVEN LAPHAM, and Research and Writing Attorney, RACHELLE BARBOUR, attorney for MUZDHA KHALIL, that the status conference set for October 19, 2012 for Ms. Khalil be rescheduled to November 16, 2012, at 9:00 a.m.

　　　The reason for this continuance is that the government referred Ms. Khalil's case to the Pretrial Services Office for the preparation of a pretrial diversion report.  Pretrial Services has completed its report and provided a pretrial diversion agreement to the parties. The parties require additional time to sign the agreement and provide it to the Court.  Ms. Khalil's year of pretrial diversion will begin once all

Khalil - Stip. & Order

parties and the Court have reviewed and signed the agreement.  At that point the parties will request that the Court drop the case from calendar.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 16, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 16, 2012        Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Public Defender


                               /s/ Rachelle Barbour
                               RACHELLE BARBOUR
                               Designated Counsel for Service
                               Attorney for MUZDHA KHALIL

DATED: October 16, 2012        BENJAMIN WAGNER
                               United States Attorney


                               /s/ Rachelle Barbour for
                               STEVEN LAPHAM
                               Assistant U.S. Attorney

/ / /

/ / /

/ / /

Khalil - Stip. & Order            2

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 19, 2012, status conference hearing be continued to November 16, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the November 16, 2012 hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow counsel reasonable time to prepare.

Dated:   October 16, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge