BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MUZDHA KHALIL,<br><br>　　　　　　Defendants.<br>_____ | CR. NO. S-09-258 GEB<br><br>GOVERNMENT'S MOTION TO<br>DISMISS INDICTMENT AS TO<br>MUZDHA KHALIL |

　　　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and the diversion agreement previously entered into with the defendant, the United States respectfully moves this court for an order dismissing the indictment as to Muzdha Khalil only.

DATED: March 12, 2013

　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　By: /s/R. Steven Lapham
　　　　　　　　　　　　　　　　　　R. STEVEN LAPHAM
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

```
BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. NO. S-09-258 GEB |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING |
| v. | ) | INDICTMENT AS TO |
| | ) | MUZDHA KHALIL ONLY |
| MUZDHA KHALIL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

　　　　Based on the government's motion to dismiss the indictment against Muzdha Khalil,

　　　　IT IS HEREBY ORDERED that the above-captioned Indictment be and hereby is dismissed as to Muzdha Khalil only.

　　　　IT IS FURTHER ORDERED that the Clerk of the District Court return Muzdha Khalil's passport to her.

Dated:  March 26, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2